PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA, 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

**FILED**

**Mar 03, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN CORRAL,<br><br>　　　　　Defendant. | CASE NO. 2:22-cr-0048<br><br>18 U.S.C. § 876(c) – Mailing Threatening Communications (Two Counts) |

# I N D I C T M E N T

<u>COUNT ONE</u>: [18 U.S.C. § 876(c) – Mailing Threatening Communications]

　　The Grand Jury charges: T H A T

　　　　　　　　　　DYLAN CORRAL,

defendant herein, on or about August 13, 2021, in the Eastern District of California, knowingly and with the intent to threaten, caused a communication dated August 13, 2021, addressed to K.J.N. at the United States District Court, 501 I Street Ste 4-200, Sacramento, CA, 95814, to be deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and to be delivered by the Postal Service according to the directions thereon. The document contained a threat to injure K.J.N., a United States judge. All in violation of Title 18, United States Code, Section 876(c).

COUNT TWO: [18 U.S.C. § 876(c) – Mailing Threatening Communications]

The Grand Jury further charges: T H A T

DYLAN CORRAL,

defendant herein, on or about September 3, 2021, in the Eastern District of California, knowingly and with the intent to threaten, caused a communication dated September 3, 2021, addressed to K.J.N. at the United States District Court, 501 I Street Ste 4-200, Sacramento, CA, 95814, to be deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and to be delivered by the Postal Service according to the directions thereon. The document contained a threat to injure K.J.N., a United States judge. All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT                    2

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

### DYLAN CORRAL

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 876(c) – Mailing Threatening Communications (Two Counts)

*A true bill,*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ /s/ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ , *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ PLEASE ISSUE NO BAIL WARRANT _ _ _

_ _ _ _ _ _ _ _ _ _ Sheila K. Oberto _ _ _ _ _ 3/3/2022

GPO 863 525

**United States v. Dylan Corral**
**Penalties for Indictment**

**Defendants**
**DYLAN CORRAL**

**COUNTS 1-2:**   **DYLAN CORRAL**

VIOLATION:   18 U.S.C. § 876(c) – Mailing threating communications

PENALTIES:   Maximum term of ten years in prison; or
Maximum fine of $250,000; or both fine and imprisonment
Maximum term of three years of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)