UNITED STATES COURTS FOR THE NINTH CIRCUIT

DESIGNATION OF A DISTRICT JUDGE

FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **John C. Coughenour**, United States Senior District Judge for the Western District of Washington, to perform the duties of United States District Judge temporarily for the Eastern District of California for the following specific case: *United States of America v. Dylan Corral*, Case No. 2:22-cr-0048.

March 10, 2022

_____
Mary H. Murguia
Chief Circuit Judge