# NOTICE AND DEMAND FOR TRIAL

Warrant #: 2 22 cr 0048

Please take notice that I demand Trial in the above Warrant # under the governing law ; in that specified time.

Dylan Corral

3/22/22

**FILED**

MAR 30 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Dylan Corral #AN6839
California Health Care Facility
BSA-25
PO Box 32110
Stockton CA 95213