**FILED**

**May 20, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **CASE NO: 2:22-CR-00048-JCC** |
| v. | |
| **DYLAN CORRAL,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:    Dylan Corral (CDCR AN6839)

Detained at    California Health Care Facility - Stockton

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment    ☐ Information    ☐ Complaint
charging detainee with:    18 U.S.C. § 876(c) [two counts]

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary <u>forthwith</u> for arraignment on criminal indictment in the Eastern District of California.***

| | |
|---|---|
| Signature: | */s/ Christopher D. Baker* |
| Printed Name & Phone No: | AUSA Christopher D. Baker (559-290-0530) |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 20, 2022**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒Male ☐Female | |
| Booking or CDC #: | CDCR AN6839 | DOB: | Aug. 31, 1991 |
| Facility Address: | 707 Austin Road, Stockton, CA 95215 | Race: | White |
| Facility Phone: | (209) 467-2500 | FBI#: | 583588KD7 |

## RETURN OF SERVICE

Executed on: _____       _____

(signature)