THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DYLAN CORRAL,<br><br>            Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

Mr. Corral is charged with two counts of Mailing Threatening Communications in violation of 18 U.S.C. § 876(c). Upon stipulation of the parties at the June 16, 2021 detention hearing, as provided in 18 U.S.C. § 3142(f), and based on consideration of the factors listed in 18 U.S.C. § 3142(g), the Court FINDS as follows:

1. Mr. Corral appeared before the Court on a writ of *habeas corpus ad prosequendum* from the State of California.

2. Mr. Corral has not been interviewed by Pretrial Services, so little is known about his health, residency, employment, or ties to the community.

3. Mr. Corral stipulated to detention.

4. Mr. Corral has an extensive criminal history dating back to 2010, which includes several offenses involving alleged violence and drug use and the issuance of bench warrants, which the Court believes to indicate a failure to follow court orders or to obey conditions of

release.

5. Based on these factors, there is no condition or combination of conditions of release that will reasonably assure he defendant's appearance at future hearings or the safety of any other person and the community.

It is therefore ORDERED:

1. Mr. Corral shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Mr. Corral shall be afforded the reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Mr. Corral is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to the parties' counsel, the U.S. Marshal, and to the U.S. Pretrial Services Officer.

DATED this 17th day of June 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE