THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

9

UNITED STATES OF AMERICA,

CASE NO. CR22-0048-JCC

10

Plaintiff,

ORDER

11

v.

12

DYLAN CORRAL,

13

Defendant.

14

15    This matter comes before the Court on the parties' stipulation and proposed order seeking

16   a continuance (Dkt. No. 14). For the reasons described below, the Court GRANTS the parties'

17   request.

18    The parties seek a continuance of the current September 19, 2022 trial date to October 31,

19   2022, citing the need for defense counsel to review recently produced discovery, obtain his

20   client's medical records, investigate and conduct research, and prepare for trial. (Dkt. No. 14 at

21   2.)

22    Based on these representations, the Court FINDS that the ends of justice served by

23   granting a continuance outweigh the best interests of the public and Defendant in a speedy trial.

24   18 U.S.C. § 3161(h)(7)(A). This finding is based on the following:

25

26

ORDER
CR22-0048-JCC
PAGE - 1

1    1.  Taking into account the exercise of due diligence, a continuance is necessary to allow the

2    defense the reasonable time for effective preparation, to review discovery, and to conduct

3    additional investigation. 18 U.S.C. § 3161(h)(7)(B)(iv).

4    2.  Proceeding to trial absent adequate time for the defense to prepare, taking into account

5    the exercise of due diligence, would result in a miscarriage of justice. 18 U.S.C.

6    § 3161(h)(7)(B)(i).

7      It is therefore ORDERED that trial shall be continued from September 9, 2022 to October

8    31, 2022. It is further ORDERED that the time between the date of this order and the new trial

9    date is excludable time under 18 U.S.C. § 3161(h)(7)(A). Any pre-trial motions shall be filed no

10    later than September 19, 2022.

11

12      DATED this 25th day of July 2022.

13

14

15    _____

16    John C. Coughenour
       UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

ORDER
CR22-0048-JCC
PAGE - 2