THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN CORRAL,<br><br>　　　　　　Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. On September 21, 2022, the Court ordered Mr. Corral be examined pursuant to 18 U.S.C. § 4247(b). According to the Bureau of Prisons, Mr. Corral was not designated to a suitable facility until October 14, 2022 and that facility is experiencing significant delays in conducting such exams, due to public health measures upon arrival and a large number of evaluation cases. Accordingly, the Court finds good cause to extend Mr. Corral's commitment period by 15 days in accordance with 18 U.S.C. § 4247(b).

DATED this 14th day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0048-JCC
PAGE - 1