UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Designation of a Magistrate Judge for Service in Another District. | ORDER NO. 2:22-cr-00048 JCC<br><br>ORDER OF THE CHIEF JUDGE |

Pursuant to 28 U.S.C. § 636(f), upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of 28 U.S.C. § 636 in a judicial district other than the judicial district for which he or she has been appointed.  No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the reason the magistrate judge is being designated, the duration of his or her assignment, and the duties he or she is authorized to perform.

Due to a conflict of interest and all judges of this district having recused from involvement in any case concerning the Defendant Dylan Corral, and the Honorable John C.

Coughenour, Senior District Judge from the Western District of Washington sitting by designation in *United States of America v. Dylan Corral*, EDCA Case No. 22-cr-00048 JCC, the Court certifies the need for magistrate judge assistance from the Western District of Washington. Therefore,

IT IS ORDERED, with the concurrence of the Honorable David G. Estudillo, Chief Judge of the Western District of Washington, that United States Magistrate Judge Theresa L. Fricke is hereby designated to perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Eastern District of California, in connection with EDCA Case No. 22-cr-00048 JCC.

Dated this 15th day of March, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF THE CHIEF JUDGE - 2