PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DYLAN CORRAL,<br><br>  Defendant. | Case No: 2:22-cr-00048-JCC<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE IN ADVANCE OF MAY 1, 2023 HEARING ON PRETRIAL MOTIONS; [~~PROPOSED~~] ORDER**<br><br>Hon.   John C. Coughenour |

**STIPULATION**

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brian W. Enos, on behalf of the government, and Doug Beevers, Esq., on behalf of defendant Dylan Corral ("Corral"), to modify their current briefing schedule in advance of the court's May 1, 2023 hearing on pretrial motions as set forth below. Notably, this stipulation does not impact the above May 1, 2023 hearing date, nor the previously set June 12, 2023 trial date:

///

///

1

|   | CURRENT SCHEDULE | PROPOSED MODIFIED SCHEDULE |
|---|---|---|
| 1. Motions Filing – | March 20, 2023 | March 27, 2023 |
| 2. Opposition Filing – | April 10, 2023 | April 17, 2023 |
| 3. Reply Brief Filing – | April 24, 2023 | Unchanged |
| 4. Hearing on Motions – | May 1, 2023 | Unchanged |

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order. Specifically,

1. On February 10, 2022, and pursuant to the parties' stipulation, the court set a June 12, 2023 trial date regarding this matter. Dkt. 26. On this same date and pursuant to this same stipulation, the court set a May 1, 2023 hearing date to address matters raised in pretrial motions, and pursuant to the above-referenced briefing schedule. *Id.*

2. After the court's issuance of the above order on February 10, 2023, counsel for the government has received separate sets of moving papers in support of motions to suppress evidence regarding two other matters venued here in the Eastern District of California. These matters include: (1) papers filed on February 27, 2023 by the defense in *United States v. Binford*, Case No. 1:20-cr-00150 ADA; and (2) papers filed on March 8, 2023 by the defense in *United States v. Alcaraz*, Case No. 1:21-cr-00205 ADA.

3. The *Binford* matters calls for the government to file its opposition papers by March 20, 2023. Counsel for the government is in-the-midst of meeting with four law enforcement witnesses who are expected to provide information supporting the opposition brief, as well as testify at the suppression hearing. Each work in different offices in the Fresno area. Counsel for the government inherited the *Alcaraz* matter from a departed colleague. As a result, an in-depth analysis of the case file will be necessary prior to drafting its response to the defense's motion in that case.

4. Counsel for the government contacted defense counsel in this case on March 13, resulting in the defense's gracious stipulation to the one-week extension by which to file moving papers and opposition briefs in this case. On this same date, counsel for the government also advised chambers of

1 the parties' intended stipulation in this regard.

2     IT IS SO STIPULATED.

3 Dated: March 14, 2023          PHILLIP A. TALBERT
                                                      United States Attorney

By: /s/ BRIAN W. ENOS
     BRIAN W. ENOS
     Assistant United States Attorney

(*As authorized 3/15/23*)

Dated: March 15, 2023         By: /s/ DOUGLAS BEEVERS
                                                               DOUGLAS BEEVERS
                                                               Attorney for Defendant
                                                               Dylan Corral

**[PROPOSED]** O R D E R

IT IS ORDERED that:

1. The parties' briefing schedule ~~in advance of the previously-set May 1, 2023 hearing~~ on pretrial motions is modified as follows;

    b. Parties' motions filing deadline – March 27, 2023;

    c. Opposition briefs filing deadline – April 17, 2023;

    d. Reply briefs filing deadline, if any – April 24, 2023;

2. ~~The May 1, 2023 hearing on pretrial motions remains unchanged;~~ and

3. The June 12, 2023 trial date remains unchanged.

DATED this 16th day of March 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

4