THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN CORRAL,<br><br>　　　　　　　　Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue trial (Dkt. No. 39). Having thoroughly considered the briefing and relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Trial is currently scheduled for June 12, 2023. (Dkt. Nos. 26, 31.) Defendant seeks a continuance, citing the need for additional time to investigate possible defenses before trial. (Dkt. No. 39 at 1–2.) The Government does not oppose the request. (*Id* at 2.) Based on the Defendant's representations, the Court FINDS the following:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for counsel to prepare, taking into account the exercise of due diligence, would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow counsel the reasonable time necessary for effective preparation, reviewing discovery, and evaluating potential motions. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. The additional time requested is a reasonable period of delay.

It is thus ORDERED that trial shall be continued to October 2, 2023. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under 18 U.S.C. § 3161(h)(7)(A). The parties are DIRECTED to propose a further modified briefing schedule for pretrial motions, based upon this new trial date.

DATED this 31st day of March 2023.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE