PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN CORRAL,<br><br>　　　　Defendant. | Case No: 2:22-cr-00048-JCC<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON PRETRIAL MOTIONS; [PROPOSED] ORDER**<br><br>Hon.　John C. Coughenour |

### STIPULATION

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Justin J. Gilio, on behalf of the government, and Doug Beevers, Esq., on behalf of defendant Dylan Corral ("Corral"), to modify their current briefing schedule on pretrial motions as set forth below.

1

| CURRENT SCHEDULE | PROPOSED MODIFIED SCHEDULE |
|---|---|
| 1. Motions Filing – March 27, 2023 | August 28, 2023 |
| 2. Oppositions Filing – April 17, 2023 | September 18, 2023 |
| 3. Replies Filing – April 24, 2023 | September 25, 2023 |
| 4. Hearing (if needed) – May 1, 2023 | October 2, 2023 |

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order. Specifically,

1. By previous order, the Court modified the briefing schedule on pretrial motions to the following dates: Motions filed by 3/27/2023; Oppositions due by 4/17/2023; and Replies due by 4/24/2023. Doc. 31.

2. Thereafter, the Government and defense counsel filed several pretrial motions. Docs. 32, 33, 35, 36.

3. On April 7, 2023, by stipulation and order the Court continued the trial in this case to December 4, 2023. Doc. 44.

4. In addition to the continuance of trial, the parties plan to visit the California Health Care Facility in which the charged offenses allegedly occurred. The parties believe that the site visit may be relevant for pretrial motions or oppositions to pretrial motions.

5. Based on all the above, the parties ask the court to endorse this stipulation by way of formal order.

IT IS SO STIPULATED.

Dated: April 12, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: April 12, 2023

By: /s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Attorney for Defendant
Dylan Corral

2

1 **[PROPOSED] O R D E R**

2 IT IS ORDERED that:

3     1.     The parties' briefing schedule i̶ on pretrial motions is modified as follows;

4         a.     Parties' motions filing deadline – August 28, 2023;

5         b.     Opposition briefs filing deadline – September 18, 2023;

6         c.     Reply briefs filing deadline, if any – September 25, 2023;

7         d.     Hearing (if any) – October 2, 2023

8     5.     The December 4, 2023 trial date remains unchanged.

10 DATED this 13th day of April 2023.

                                                          */s/ John C. Coughenour*

                                                          John C. Coughenour
                                                          UNITED STATES DISTRICT JUDGE