HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Douglas_Beevers@fd.org

Attorney for Defendant
DYLAN CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:22-CR-00048-JCC-TLF |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| DYLAN CORRAL, et al. | ) JUDGE: Hon. John C. Coughenour |
| Defendants. | ) Hon. Theresa L. Fricke |

The matter coming before the Court on Dkt. 36, Defendant's motion to transport the defendant to the Eastern District of California, and the United States having no objection, IT IS ORDERED that the US Marshals transport the defendant to the Eastern District of California forthwith.

IT IS SO ORDERED.

Dated: April 19, 2023

_____
HON. THERESA L. FRICKE
United States Magistrate Judge