PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
KIRK E. SHERRIFF
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN CORRAL,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00048 JCC-TLF<br><br>**ORDER SEALING DOCUMENT AS SET FORTH IN GOVERNMENT'S NOTICE**<br><br>Court: Hon. Theresa L. Fricke |

Pursuant to Eastern District of California Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Declaration of Dr. Tiffany K. Smith and the attached exhibits, related to the Hearing to Determine Defendant's Competency Under 18 U.S.C. § 4241 shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed document shall be limited to the United States and counsel for the defendant, Dylan Corral. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Governments's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the

government's motion that would adequately protect the compelling interests identified by the government.

Dated: April 25, 2023

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge