PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Apr 27, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DYLAN CORRAL,<br><br>Defendant. | CASE NO: 2:22-CR-00048-JCC<br><br>ORDER<br><br>Hearing Date: May 16, 2023<br>Hearing Time: 9:00am<br>Courtroom:  One<br>  (Hon. Theresa L. Fricke) |

**O R D E R**

IT IS HEREBY ORDERED that Dr. Tiffany K. Smith shall appear in person to testify at the evidentiary hearing in this case on May 16, 2023. The government is directed to provide the attached subpoena to Dr. Smith for her appearance at the hearing, and provide the documents to the Court. IT IS SO ORDERED.

Dated: 4-27-2023

Hon. Theresa L. Fricke
U.S. MAGISTRATE JUDGE

1