PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DYLAN CORRAL,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-CR-00048-JCC<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>Hearing Date: June 5, 2023<br>Hearing Time: 9:00 a.m.<br>Courtroom:　　One<br>　(Hon. Theresa L. Fricke) |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　☐ Ad Testificandum

Name of Detainee:　　Dylan Corral

Detained at (custodian):　　Metropolitan Detention Center (MDC-LA)

Detainee is:

a.)　☒ charged in this district by:　　[X] Indictment　　☐ Information　☐ Complaint

　　　charging detainee with <u>18 U.S.C. § 876(c) – Mailing Threatening Communications</u>

or

b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)　[ ] return to the custody of detaining facility upon termination of proceedings or

b.)　[X] be retained in federal custody until final disposition of federal charges.

WRIT OF HABEAS CORPUS　　　　　　　　　　1

1 | Appearance is necessary on **June 5, 2023, at 9:00 a.m.** in the Eastern District of California.

2 | Dated: May 17, 2023

3 |     Signature:    /s/ Justin J. Gilio

4 |     Printed Name:    Justin J. Gilio

5 |     Attorney of Record for:    United States of America

# WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on June 5, 2023**, for an appearance at **9:00 a.m** and the detainee shall be retained in federal custody until final disposition of federal charges.

Dated: 5-17-2023

*Theresa L. Fricke*
Honorable Theresa L. Fricke
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Dylan Corral | ☒ Male ☐ Female | |
| Booking or CDC | 02729-510 | DOB: | 08/31/1999 |
| Facility Address: | 651 I St, Sacramento, CA 95814 | Race: | White |
| Facility Phone: | (916) 874-6752 | FBI#: | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on: _____    _____
                                 (signature)

WRIT OF HABEAS CORPUS                    3