HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Douglas_Beevers@fd.org

Attorney for Defendant
DYLAN CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:22-CR-00048-JCC-TLF |
| Plaintiff, | [~~PROPOSED~~] ORDER FILE UNDER SEAL |
| v. | |
| DYLAN CORRAL, | |
| Defendant. | |

**IS HEREBY ORDERED** that the Request to seal Mr. Corral's Objections to Findings and Recommendations be granted so that the confidential personal information it contains is not available on the public docket. The objections have been provided to the Court and opposing counsel. These documents shall remain under seal until further Order of the Court.

DATED this 16th day of June 2023.


_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE