THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DYLAN CORRAL,<br><br>                Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

This matter comes before the Court on the unobjected to Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 75), regarding the Government's motion to determine competency (Dkt. No. 33). Having thoroughly considered the R&R and the relevant record, the Court hereby FINDS Defendant presently competent to stand trial.

DATED this 29th day of June 2023.

_[signature: John C. Coughenour]_

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0048-JCC
PAGE - 1