UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DYLAN CORRAL,<br><br>　　　　　Defendant. | CASE NO. 2:22-cr-00048-JCC-TLF<br><br>ORDER FOR EVIDENTIARY HEARING CONCERNING DEFENDANT'S MOTION FOR HYBRID REPRESENTATION |

The District Court has referred, under Fed. R. Crim. P. 59, Defendant Dylan Corral's motion for hybrid representation. Dkt. 90, 91. The Government has responded and pointed out that hybrid representation is allowed, only if the defendant waives his right to counsel. Dkt. 92.

The Court orders an evidentiary hearing. The defendant has not submitted a request to discharge his lawyer and proceed as his own attorney, pro se. Yet he has asked for hybrid representation, and this would necessarily entail a hearing to advise Mr. Corral to ensure he is knowingly, intelligently, and voluntarily deciding to proceed

without representation of counsel. Stand-by counsel may be appointed to advise a pro se defendant in a criminal case. A hearing on any request for hybrid representation would be required for the Court to fully consider his motion. *U.S. v. Kimmel,* 672 F.2d 720, 721-723 (9th Cir. 1982).

Dated this 14th day of August, 2023.

*[signature]*

Theresa L. Fricke
United States Magistrate Judge