PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>DYLAN CORRAL,<br><br>                    Defendant. | Case No: 2:22-cr-00048-JCC<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE AND RESCHEDULE HEARING ON PRETRIAL MOTIONS; [PROPOSED] ORDER**<br><br>Hon.   John C. Coughenour |

## STIPULATION

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Justin J. Gilio, on behalf of the government, and Doug Beevers, Esq., on behalf of defendant Dylan Corral ("Corral"), to modify their current briefing schedule and reschedule the hearing on pretrial motions, currently set for October 2, 2023, as set forth below.  Notably, this stipulation does not impact the currently scheduled trial date:  December 4, 2023.

///

1

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order.  Specifically,

1. On August 25, 2023, the Court heard Mr. Corral's second motion to appoint new counsel. Doc. 102.  The court GRANTED Mr. Corral's motion to appoint new counsel and ordered new defense counsel to be appointed as soon as possible.  *Id.*; Doc. 103.  The Court also instructed the parties to meet, confer, and submit a written stipulation rescheduling the parties' briefing schedule and hearing date for motions in limine.  Doc. 102.

2. After conferring with current defense counsel, the government and defense counsel have agreed to the below schedule:

|  | **CURRENT SCHEDULE** | **PROPOSED MODIFIED SCHEDULE** |
|---|---|---|
| Motions Filing – | August 28, 2023 | October 16, 2023 |
| Opposition Filing – | September 18, 2023 | October 30, 2023 |
| Reply Brief Filing – | September 25, 2023 | November 6, 2023 |
| Hearing on Motions – | October 2, 2023 | November 13, 2023 |

IT IS SO STIPULATED.

Dated:  August 28, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: August 28, 2023

By:  /s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Attorney for Defendant
Dylan Corral

**[PROPOSED] O R D E R**

IT IS ORDERED that:

1. The parties' briefing schedule and hearing on motions in limine is modified as follows:

    b. Parties' motions filing deadline – October 16, 2023;

    c. Opposition briefs filing deadline – October 30, 2023;

    d. Reply briefs filing deadline, if any – November 6, 2023;

    e. Hearing on Motions – November 13, 2023

2. The December 4, 2023 trial date remains unchanged.

DATED this 28th day of August 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE