DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-00048-JCC-TLF |
| Plaintiff, | |
| vs. | MOTION AND ORDER TO ALLOW SEALED PROCEEDINGS TO BE TRANSCRIBED |
| DYLAN CORRAL, | |
| Defendant. | |

Dylan Corral, by and through his counsel, Danica Mazenko, hereby requests that this Court allow the sealed proceedings held before Magistrate Judge Theresa L. Fricke on June 5, 2023 and on August 25, 2023 to be transcribed. Counsel was appointed as subsequent defense counsel in this case on September 8, 2023. (ECF 107).

On June 5, 2023, Magistrate Judge Theresa L. Fricke held a Motion and Competency Hearing as to Dylan Corral. (ECF 72). Both Mr. Corral and previous defense counsel were present for the entirety of the hearing. On August 25, 2023, Magistrate Judge Theresa L. Fricke held proceedings on Defendant's Second Motion to Appoint New Counsel. (ECF 102, 103). Both Mr. Corral and previous defense counsel were present for the entirety of the hearing.

Subsequent counsel requires full transcripts of these proceedings in order to

fully understand and appreciate the Court's analysis of Mr. Corral and the findings thereafter. Judicial economy will be most efficiently served by allowing counsel to review the thorough work previous counsel and the Court has already completed, in lieu of repeating those processes and hearings.

Accordingly, the defense respectfully requests that this Court authorize the transcription of the sealed and unsealed portions of the hearings held on June 5, 2023 and August 25, 2023.

Dated: September 19, 2023

Respectfully submitted,

/s/ Danica Mazenko
DANICA MAZENKO
Attorney at Law

- 3 –

ORDER

It is ordered that current defense counsel is authorized to obtain the transcripts for the proceedings held before Magistrate Judge Theresa L. Fricke on a) June 5, 2023, and b) August 25, 2023. The estimated cost of the expedited transcripts for the June 5, 2023 hearings is $577.15.  The estimated cost for the expedited transcripts for the August 25, 2023 hearing is $213.40.

IT IS SO ORDERED.

Dated: 9-20-2023

_____
HON. THERESA L. FRICKE