# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN CORRAL,<br><br>Defendant. | Case No.: 22-CR-00048-JCC<br><br>ORDER TO ALLOW SEALED PROCEEDINGS TO BE TRANSCRIBED |

**IT IS HEREBY ORDERED** that defense counsel is authorized to obtain the transcripts for the proceedings held before Magistrate Judge Theresa L. Fricke on October 10, 2023. The estimated cost of the expedited transcripts is $159.80.

**SO ORDERED.**

Dated: October 25th, 2023

_____
HON. THERESA L. FRICKE

- 1 –