DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-00048-JCC |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION TO MODIFY OBJECTION DEADLINE; [PROPOSED] ORDER** |
| DYLAN CORRAL, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorneys Justin J. Gilio and Kirk Sherriff, on behalf of the government, and Danica Mazenko, on behalf of defendant Dylan Corral ("Corral"), to continue the fourteen (14) day deadline to object to the Findings and Recommendations from the October 10, 2023 hearing. Presently, objections are due October 27, 2023.

By this stipulation, the government and defense counsel have agreed to the following and jointly move to continue the October 27 due date to November 17, 2023.

1. By previous order, Judge Fricke ordered that the parties submit objections to her Findings and Recommendations by October 27, 2023.

2. Mr. Corral indicates that he requires the transcripts from the October 10, 2023 hearing in order to properly object to Judge Fricke's Findings and Recommendations. The defense has worked diligently to request copies of said transcripts, however, approximately fourteen (14) additional days are needed to allow time for expedited transcripts to be received.

- 1 –

1  Upon receipt of the expedited transcripts, Mr. Corral will require some time with the transcripts
2  to draft his objections. This stipulation has allowed for Mr. Corral to have seven (7) additional
3  days to draft his objections, following receipt of the expedited transcripts.
4      3.    Counsel for defendant believes that failure to grant the above-requested
5  continuance would deny Mr. Corral the reasonable time necessary for effective preparation.

IT IS SO STIPULATED.

Dated: October 26, 2023                    Respectfully submitted,

                                                  /s/ Danica Mazenko
                                                  DANICA MAZENKO
                                                  Attorney for Dylan Corral

Dated: October 26, 2023                    PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ Justin J. Gilio & Kirk E. Sherriff
                                                  JUSTIN J. GILIO
                                                  KIRK E. SHERRIFF
                                                  Assistant United States Attorney
                                                  Attorneys for the United States

**[~~PROPOSED~~] ORDER**

IT IS ORDERED that the deadline for the parties to object to the Findings and Recommendations from the October 10, 2023 Hearing on Defendant's Motion to Appoint New Counsel is continued from October 27, 2023 to November 17, 2023.

DATED this 26th day of October 2023.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE