PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00048-JCC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER |
| v. | |
| DYLAN CORRAL, | COURT: Hon. U.S. District Judge John C. Coughenour |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for trial on February 5, 2024.

2. By this stipulation, the parties move to continue the trial to June 24, 2024.

3. By this stipulation, the government and defense counsel have also agreed to the below schedule and to jointly move to continue the dates in this case as follows:

|  | CURRENT SCHEDULE | PROPOSED MODIFIED SCHEDULE |
|---|---|---|
| Motions Filing – | November 28, 2023 | March 28, 2024 |
| Opposition Filing – | December 19, 2023 | May 3, 2024 |
| Reply Brief Filing – | January 2, 2024 | May 17, 2024 |
| Hearing on Motions – | January 8, 2024 | May 24, 2024 |

Trial -                         February 5, 2024                 June 24, 2024

4. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery has been provided to defendant, consisting of over 1,000 Bates-stamped items, including reports of investigation, an audio- and video-recorded interview of the defendant, photographs, and a summary of defendant's criminal history.

    b) Defense counsel represents that, despite the exercise of diligence, she requires additional time to prepare for trial, to respond to the government's pretrial motions, to prepare potential pretrial motions for the defense, to conduct relevant investigations, to hire appropriate experts, and to issue various subpoenas in advance of trial. In addition, in October 2023, the Hon. Magistrate Judge Theresa Fricke issued findings and recommendations recommending that Mr. Corral undergo another competency evaluation. Those Findings and Recommendations are currently being evaluated by this Court and the parties are waiting on this Court's order.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 5, 2024, to June 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

|    |                              |                                                   |
|----|------------------------------|---------------------------------------------------|
| 1  |                              |                                                   |
| 2  |                              |                                                   |
| 3  | Dated: November 20, 2023     | PHILLIP A. TALBERT<br>United States Attorney      |
| 4  |                              |                                                   |
| 5  |                              | /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO            |
| 6  |                              | Assistant United States Attorney                  |
| 7  |                              |                                                   |
| 8  | Dated: November 20, 2023     | /s/ DANICA MAZENKO<br>DANICA MAZENKO              |
| 9  |                              | Counsel for Defendant<br>DYLAN CORRAL             |
Dated: November 20, 2023                PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ JUSTIN J. GILIO
                                        JUSTIN J. GILIO
                                        Assistant United States Attorney

Dated: November 20, 2023                /s/ DANICA MAZENKO
                                        DANICA MAZENKO
                                        Counsel for Defendant
                                        DYLAN CORRAL

**[~~PROPOSED~~] ORDER**

IT IS ORDERED that the parties' briefing schedule, hearing on motions in limine, and trial date are modified as follows:

1. Parties' motions filing deadline – March 28, 2024;
2. Opposition briefs filing deadline – May 3, 2024;
3. Reply briefs filing deadline, if any – May 17, 2024;
4. Hearing on Motions – May 24, 2024 at 9 a.m.; and
5. The trial date is continued from February 5, 2024 to June 24, 2024.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth above outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 5, 2024 to June 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) & (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED this 21st day of November 2023.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE