THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN CORRAL,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motions for reconsideration (Dkt. No. 142) and to stay (Dkt. No. 143) execution of the Court's November 20, 2023 order, which directed that Defendant again be examined pursuant to 18 U.S.C. §§ 4241(a) and 4247(b). (*See* Dkt. No. 141.) Pursuant to Local Rule 430.1(i)(3), a motion for reconsideration must provide new or different facts or circumstances or other grounds demonstrating that the movant is entitled to the relief sought. Defendant fails to do so. (*See* Dkt. No. 142-1 at 2–10.) Nor does Defendant provide the Court with a basis for the stay sought. (*See* Dkt. No. 143-1 at 2–11.) Accordingly the motions (Dkt. Nos. 142, 143) are DENIED.

//
//
//
//

DATED this 5th day of December 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE