THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0048-JCC |
| Plaintiff, | ORDER |
| v. | |
| DYLAN CORRAL, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to amend the Court's prior order (Dkt. No. 145). The motion is DENIED. The order docketed at entry no. 139 remains in effect.

DATED this 6th day of December 2023.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE