THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DYLAN CORRAL, <br><br> Defendant. | CASE NO. CR22-0048-JCC <br><br> ORDER |

This matter comes before the Court on Defendant's renewed motion for reconsideration (Dkt. No. 147) of the Court's order (Dkt. No. 141) that Defendant again be examined pursuant to 18 U.S.C. §§ 4241(a) and 4247(b). The renewed motion (Dkt. No. 147) is DENIED.

DATED this 14th day of December 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0048-JCC
PAGE - 1