PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:22-CR-00048-JCC-TLF |
| Plaintiff, | ORDER |
| v. | |
| DYLAN CORRAL, | |
| Defendant. | |

**O R D E R**

IT IS HEREBY ORDERED that the Bureau of Prisons shall produce Mr. Dylan Corral's mental health records from the period of his incarceration at the Metropolitan Detention Center-Los Angeles to defense counsel and Dr. Charles Saldahna by March 28, 2024.

IT IS SO ORDERED.

Dated this 20th day of March, 2024

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

1