PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DYLAN CORRAL,<br><br>　　　　　　　Defendant. | CASE NO: 2:22-CR-00048-JCC<br><br>ORDER<br><br>Hearing Date: April 1, 2024<br>Hearing Time: 10:00am<br>　(Hon. Teresa L. Fricke) |

**O R D E R**

　　IT IS HEREBY ORDERED that Dr. Charles Saldahna shall appear in person to testify at the evidentiary hearing in this case on April 1, 2024, and if needed April 2, 2024.  The government is directed to provide the attached subpoena to Dr. Saldahna for his appearance at the hearing.

　　IT IS SO ORDERED.

Dated:   this 22nd day of March, 2024

　　　　　　　　　　　　　　　　　　　　　　　*Theresa L. Fricke*
　　　　　　　　　　　　　　　　　　　Hon. Theresa L. Fricke
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1