DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

Attorney for Defendant
DYLAN CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DYLAN CORRAL,<br><br>    Defendant. | No. 22-CR-0048-JCC-TLF<br><br>**SEALING ORDER**<br><br>JUDGE: Hon. Theresa L. Fricke |

IT IS HEREBY ORDERED that the Request to Seal Mr. Corral's 2022 and 2023 MDC Los Angeles medical records by Defendant DYLAN CORRAL be granted so that personal information in the report is not available on the public docket. The Request and the records are to be provided to the Court and Assistant United States Attorney JUSTIN GILIO.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: May 8, 2024

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

Sealing Order