PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                          v.<br><br>DYLAN CORRAL,<br><br>                                    Defendant. | CASE NO.  2:22-CR-00048-JCC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER<br><br>COURT: Hon. U.S. District Judge John C. Coughenour |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was scheduled for a status conference on June 3, 2024. By this stipulation, the parties move to continue the status conference to August 26, 2024.

2. On January 3, 2024, the Court ordered that Mr. Corral undergo a competency examination by a local psychologist. The parties contracted a local psychologist, Dr. Charles Saldanha to evaluate Mr. Corral's competency to stand trial. Dr. Saldanha authored a report on Mr. Corral's competency and testified at an evidentiary hearing on May 24, 2024.

3. In the coming days, the parties expect Magistrate Judge Fricke will be issuing findings and recommendations on Mr. Corral's competency. The parties will then have an opportunity to review those findings and recommendations and file any objections. After that point, the parties expect that the

1  Court will rule on the pending competency motion.

2  4.  During this time during which the defendant has undergone competency proceedings,

3  defense counsel has not had the opportunity to prepare pretrial motions or to prepare responses to any of

4  the government's previously filed pretrial motions.  The defense needs additional time, after Mr.

5  Corral's competency proceedings are completed, to attend to these matters.  Thus, by this stipulation, the

6  defendant moves to continue the currently scheduled status conference and set the case for a status

7  conference on August 26, 2024.

8  5.  The government does not object to the defense's request.

9  6.  The parties agree and stipulate, and request that the Court find the following:

10  a)  Discovery has been provided to defendant, consisting of over 1,000 Bates-

11  stamped items, including reports of investigation, an audio- and video-recorded interview of the

12  defendant, photographs, and a summary of defendant's criminal history.

13  b)  Defense counsel represents that, despite the exercise of diligence, she requires

14  additional time to prepare for trial, to respond to the government's pretrial motions, to prepare

15  potential pretrial motions for the defense, to conduct relevant investigations, to hire appropriate

16  experts, and to issue various subpoenas in advance of trial.

17  c)  Counsel for defendant believes that failure to grant the above-requested

18  continuance would deny her the reasonable time necessary for effective preparation, taking into

19  account the exercise of due diligence.

20  d)  Based on the above-stated findings, the ends of justice served by continuing the

21  case as requested outweigh the interest of the public and the defendant in a trial within the

22  original date prescribed by the Speedy Trial Act.

23  e)  Although speedy trial time has previously been excluded through June 24, 2024,

24  for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within

25  which trial must commence, the time period of the filing of this stipulation to August 26, 2024,

26  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results

27  from a continuance granted by the Court request on the basis of the Court's finding that the ends

28  of justice served by taking such action outweigh the best interest of the public and the defendant

1    in a speedy trial.

2        7.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act provide that additional time periods are excludable from the period within which a trial

4    must commence.

5        IT IS SO STIPULATED.

6

7

8    Dated:  May 28, 2024                        PHILLIP A. TALBERT
                                                 United States Attorney

9

10                                               /s/ JUSTIN J. GILIO
                                                 JUSTIN J. GILIO
11                                               Assistant United States Attorney

12

13   Dated:  May 28, 2024                        /s/ DANICA MAZENKO
                                                 DANICA MAZENKO
14                                               Counsel for Defendant
                                                 DYLAN CORRAL

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[~~PROPOSED~~] ORDER

2       IT IS ORDERED that the status conference scheduled for June 3, 2024, is continue to August 26,

3  2024.

4       IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth above

5  outweigh the interest of the public and the defendant in a trial within the original date prescribed by the

6  Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time

7  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time

8  period of today's date through August 26, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §

9  3161(h)(7)(A), B(i) & (iv) because it results from a continuance granted by the Court at the parties'

10 request on the basis of the Court's finding that the ends of justice served by taking such action outweigh

11 the best interest of the public and the defendant in a speedy trial.

12      IT IS SO ORDERED this 28th day of May 2024.

13

14

15  _____
    THE HONORABLE JOHN C. COUGHENOUR
16  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28