DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN CORRAL,<br><br>Defendant. | Case No.: 22-CR-00048-JCC<br><br>**AMENDED STIPULATION TO MODIFY OBJECTION DEADLINE; [PROPOSED] ORDER** |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorneys Justin J. Gilio and Antonio Pataca, on behalf of the government, and Danica Mazenko, on behalf of defendant Dylan Corral ("Corral"), to continue the fourteen (14) day deadline to object to the Findings and Recommendations from the May 24, 2024, hearing. Presently, objections are due June 17, 2024.

By this stipulation, the government and defense counsel have agreed to the following and jointly move to continue the June 17, 2024, due date to July 1, 2024.

1. By previous order, Judge Fricke ordered that the parties submit objections to her Findings and Recommendations by June 17, 2024.

2. Mr. Corral indicates that he requires additional time in order to properly object to Judge Fricke's Findings and Recommendations. The defense has worked diligently to request copies of transcripts and other needed documentation, however, approximately seven (7) additional days are needed to allow time for Mr. Corral to complete his research. This stipulation

- 1 –

has allowed for Mr. Corral to have seven (7) additional days to draft his objections, following completion of his research.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny Mr. Corral the reasonable time necessary for effective preparation.

IT IS SO STIPULATED.

Dated: June 14, 2024                    Respectfully submitted,

/s/ Danica Mazenko
DANICA MAZENKO
Attorney for Dylan Corral

Dated: June 14, 2024                    PHILLIP A. TALBERT
United States Attorney

/s/ Justin Gilio
JUSTIN J. GILIO
ANTONIO PATACA
Assistant United States Attorney
Attorneys for the United States

**[~~PROPOSED~~] ORDER**

IT IS ORDERED that the deadline for the parties to object to the Findings and Recommendations from the May 24, 2024, Hearing on Defendant's Competency is continued from June 17, 2024, to July 1, 2024.

IT IS SO ORDERED.

Dated: June 14, 2024

_____
HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

- 3 –