```
DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DYLAN CORRAL,<br><br>    Defendant. | Case No.: 22-CR-00048-JCC<br><br>**STIPULATION TO MODIFY OBJECTION DEADLINE; [PROPOSED] ORDER** |

   THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorneys Justin J. Gilio and Antonio Pataca, on behalf of the government, and Danica Mazenko, on behalf of defendant Dylan Corral ("Corral"), to continue the fourteen (14) day deadline to object to the Findings and Recommendations from the May 24, 2024 competency hearing.  Objections are presently due July 1, 2024.

   By this stipulation, the government and defense counsel have agreed to the following and jointly move to continue the July 1, 2024 due date to July 8, 2024.

   1.   By previous order, Judge Fricke ordered that the parties submit objections to her Findings and Recommendations by June 17, 2024.

   2.   By previous stipulation, and subsequent order by Judge Coughenour, the objection deadline was set for July 1, 2024. ECF 191.

- 1 –

3. Mr. Corral indicates that he requires additional time to properly object to Judge Fricke's Findings and Recommendations. This stipulation has allowed for Mr. Corral to have seven (7) additional days to draft his objections and finalize his research.

4. Counsel for defendant believes that failure to grant the above-requested continuance would deny Mr. Corral the reasonable time necessary for effective preparation.

IT IS SO STIPULATED.

Dated: July 1, 2024                           Respectfully submitted,

                                              /s/ Danica Mazenko
                                              DANICA MAZENKO
                                              Attorney for Dylan Corral


Dated: July 1, 2024                           PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ Justin Gilio
                                              JUSTIN J. GILIO
                                              ANTONIO PATACA
                                              Assistant United States Attorney
                                              Attorneys for the United States

**[PROPOSED] ORDER**

IT IS ORDERED that the deadline for the parties to object to the Findings and Recommendations from the May 24, 2024, Hearing on Defendant's Competency is continued from July 1, 2024 to July 8, 2024.

IT IS SO ORDERED.

Dated: July 1, 2024

_____
HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE