DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DYLAN CORRAL,<br><br>　　　　Defendant. | Case No.: 22-CR-00048-JCC<br><br>**STIPULATION TO MODIFY OBJECTION DEADLINE; [~~PROPOSED~~] ORDER** |

　　THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorneys Justin J. Gilio and Antonio Pataca, on behalf of the government, and Danica Mazenko, on behalf of defendant Dylan Corral ("Corral"), to continue the fourteen (14) day deadline to object to the Findings and Recommendations from the May 24, 2024 competency hearing. Objections are presently due July 8, 2024.

　　By this stipulation, the government and defense counsel have agreed to the following and jointly move to continue the July 8, 2024 due date to July 22, 2024.

　　1.　By previous order, Judge Fricke ordered that the parties submit objections to her Findings and Recommendations by June 17, 2024.

　　2.　By previous stipulation, and subsequent order by Judge Coughenour, the objection deadline was set for July 8, 2024. ECF 193.

- 1 –

3. Mr. Corral indicates that he requires additional time to properly object to Judge Fricke's Findings and Recommendations. This stipulation has allowed for Mr. Corral to have fourteen (14) additional days to draft his objections and finalize his research.

4. Counsel for the defendant will not request additional extensions to object to the May 24, 2024 Findings and Recommendations following the instant stipulation.

5. Counsel for the defendant believes that failure to grant the above-requested continuance would deny Mr. Corral the reasonable time necessary for effective preparation.

IT IS SO STIPULATED.

Dated: July 8, 2024                                Respectfully submitted,

                                                   */s/ Danica Mazenko*
                                                   DANICA MAZENKO
                                                   Attorney for Dylan Corral


Dated: July 8, 2024                                PHILLIP A. TALBERT
                                                   United States Attorney

                                                   */s/ Justin Gilio*
                                                   JUSTIN J. GILIO
                                                   ANTONIO PATACA
                                                   Assistant United States Attorney
                                                   Attorneys for the United States

**[~~PROPOSED~~] ORDER**

IT IS ORDERED that the deadline for the parties to object to the Findings and Recommendations from the May 24, 2024, Hearing on Defendant's Competency is continued from July 8, 2024 to July 22, 2024.

IT IS SO ORDERED.

Dated: July 8, 2024

HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE