DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

Attorney for Defendant
DYLAN CORRAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 22-CR-0048-JCC-TLF |
| Plaintiff, | ) **[PROPOSED]** SEALING ORDER |
| vs. | ) JUDGE:  Hon. John C. Coughenour |
| DYLAN CORRAL, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Request to Seal Mr. Corral's July 22, 2024 objections to Magistrate Judge Fricke's June 3, 2024 Findings and Recommendations by Defendant DYLAN CORRAL be granted so that personal information in the objections, as well as sealed transcripts in the exhibits thereto are not available on the public docket.  The Request and the filing with exhibits are to be provided to the Court.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: July 29, 2024

_____
John C. Coughenour
United States District Judge

Proposed Sealing Order