THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DYLAN CORRAL,<br><br>                Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

Defendant is a pretrial detainee, currently housed at the Sacramento County Jail. In accordance with 18 U.S.C. § 4241(d), the Court previously found Defendant incompetent and ordered that he be committed to the custody of the Attorney General for restoration. (Dkt. No. 203.) Since then, the Bureau of Prisons ("BOP") designated Defendant to a facility for this purpose. (*See* Dkt. No. 207 at 1.) Yet Defendant refuses to voluntarily comply with this transfer. (*Id.* at 1.)

Accordingly, the Court ORDERS the United States Marshals Service, in conjunction with Sacramento County Jail personnel, to extract Defendant from his cell and transport him to the designated BOP facility. The use of reasonable force and/or medical intervention, as necessary, is authorized.

//

//

ORDER
CR22-0048-JCC
PAGE - 1

1 | DATED this 27th day of November 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE