MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 2:22-CR-00048-JCC-TLF |
|---|---|
| Plaintiff, | ORDER ON EXTENSION OF TIME UNDER 18 U.S.C. § 4241(d) |
| v. | |
| DYLAN CORRAL, | |
| Defendant. | |

**O R D E R**

Recognizing that the initial 4-month period of evaluation will expire on April 12, 2025, pursuant to 18 U.S.C. § 4241(d)(1), the Court has been informed that an additional period of time is needed for holding and transporting Mr. Corral for the competency hearing under 18 U.S.C § 4247(d).

THEREFORE, the Court orders that the defendant continue to be held at FMC Devens, under 18 U.S.C. 424l(d), and then transported for the hearing tentatively scheduled on May 13, 2025.

IT IS SO ORDERED.

Dated: April 11, 2025

_____
Hon. Theresa L. Fricke
U.S. MAGISTRATE JUDGE

3