THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DYLAN CORRAL,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

　　　In accordance with 18 U.S.C. § 4241(d), the Court previously committed Defendant, a pre-trial detainee, to the Attorney General's custody. (Dkt. No. 203 at 3.) Defendant was then transferred to Federal Medical Center (FMC) Devens in Massachusetts for restoration efforts. (Dkt. No. 211.) The Court has learned those efforts are complete. (Dkt. No. 212 at 2.) As such, a restoration hearing shall take place in accordance with 18 U.S.C. § 4241(e). The Court previously referred the matter to the Honorable Theresa L. Fricke, U.S. Magistrate Judge, for purposes of holding that hearing. The Court understands Judge Fricke will set that hearing in short order, and it will take place at the U.S. courthouse in Sacramento, within the Eastern District of California.

　　　Accordingly, the Court ORDERS the United States Marshals Service and FMC Devens personnel (and any applicable correctional officer) to extract Defendant from FMC Devens and transport him to the hearing's location, as directed by Judge Fricke. The use of reasonable force

1  and/or medical intervention to do so, as necessary, is authorized.

2  DATED this 18th day of April 2025.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0048-JCC
PAGE - 2