IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>DYLAN CORRAL,<br><br>　　　　　　　　Defendant. | Case No. 2:22-CR-00048-JCC-TLF<br><br>ORDER |

The Competency Hearing for Mr. Corral will be set for the earliest date possible at the United States District Court in Sacramento, California in accordance with *Pate v. Robinson*, 383 U.S. 375, 385 (1966); *Drope v. Missouri*, 420 U.S. 162, 172 (1975); *Dusky v. United States*, 362 U.S. 402 (1959); and 18 U.S.C. §§4241, 4247. *See also* Dkt. 213.

The Order at Docket 217 is amended as follows: the Court Orders that Mr. Corral continue to be held at FMC Devens, under 18 U.S.C. 4241(d), until he is transported for the hearing (the date of which will be later determined), at the United States District Court for the Eastern District of California in Sacramento.

As discussed during the Zoom status hearing on April 18, 2025, the Government is ORDERED to file a status report with the Court stating the plan to transport Mr. Corral to the Eastern District of California for the competency hearing, confirm the earliest date

ORDER - 1

Mr. Corral will be available in Sacramento for the hearing, and confirm which expert(s) will be testifying during the hearing, and confirm the earliest date they will be available to testify. The experts will be required to testify in person. The Court orders the Government to file this report by 12:00 noon on April 25, 2025.

After the Government submits this status report, the Court will issue an order setting the date and time for the Competency Hearing and providing deadlines for when proposed orders for subpoenas and documents relevant to the issue of Mr. Corral's competency should be submitted.

Dated this 18th day of April, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2