IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00048-JCC-TLF |
|---|---|
| Plaintiff, | |
| v. | ORDER SETTING COMPETENCY HEARING |
| DYLAN CORRAL, | |
| Defendant. | |

The Court has reviewed the status report submitted by Defendant. Dkt. 222. The Competency Hearing for Mr. Corral is set for 9:30 AM on June 10, 2025, in Courtroom 1 at the United States District Court in Sacramento, California in accordance with *Pate v. Robinson*, 383 U.S. 375, 385 (1966); *Drope v. Missouri*, 420 U.S. 162, 172 (1975); *Dusky v. United States*, 362 U.S. 402 (1959); and 18 U.S.C. §§4241, 4247. *See also* Dkt. 213.

As requested by the parties in the status report, the Court will hold a Zoom status conference on May 13, 2025.

ORDER SETTING COMPETENCY HEARING - 1

1	The Government is DIRECTED to submit proposed orders and subpoenas no later than close of business on Friday, May 16, 2025, for Dr. Diana Hamilton and Dr. Chad Brinkley, who will appear at the competency hearing.

4	The Defense is DIRECTED to file with the Court (along with appropriate documents requesting sealing of any confidential information) any documents relied upon by Dr. Chad Brinkley, Ph.D. in his forensic psychology report that are not already in the record, by May 23, 2025. Dkt. 212 (sealed) at 4-7.

8	Finally, the parties are directed to meet and confer, and submit – by close of business on Friday, May 16, 2025 –proposed order(s) along with their subpoenas for any other documents or witness statements that have not yet been produced for the Court's consideration (for example, documents or witnesses that describe Mr. Corral's mental health status between the date of the most recent forensic report and the date of the upcoming competency hearing), relevant to the issue of Mr. Corral's competency, and subpoenas for any other witnesses relevant to the competency issue, that they intend to have testify. Any new documents acquired that are relevant to the competency issue, or witnesses to be called for the competency hearing, must be disclosed to opposing counsel and provided to the Court no later than close of business on Wednesday, May 28, 2025.

19	Dr. Diana Hamilton and Dr. Chad Brinkley will be in-person witnesses for the hearing on June 10, 2025, regarding Mr. Corral's competency to stand trial. If Dr. Hamilton or Dr. Brinkley intend to file a supplemental report, they may do so on or before 5:00 pm Pacific Time, on Tuesday, June 3, 2025. The Court confirms that the burden of proof and burden of persuasion will be with the Government – to prove by a

preponderance of the evidence that the Defendant is competent to stand trial. *See United States v. Quintero*, 995 F.3d 1044, 1054-1056 (9th Cir. 2021) (the Court may commit a pretrial detainee for restoration of competency only if it finds, by a preponderance of the evidence, that the defendant is not presently competent.

Dated this 24th day of April, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER SETTING COMPETENCY HEARING - 3