MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00048-JCC-TLF |
| Plaintiff, | ORDER |
| v. | Hearing Date: June 10, 2025<br>Hearing Time: 9:30 a.m. |
| DYLAN CORRAL, | Hon. THERESA L. FRICKE |
| Defendants. | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that Dr. Diana Hamilton and Dr. Chad Brinkley shall appear in person to testify at the evidentiary hearing in this case on June 10, 2025. The government is directed to provide the attached subpoenas to Dr. Hamilton and Dr. Brinkley for their appearances at the hearing.

IT IS SO ORDERED.

Dated: 4-25-2025

*[signature]*

Hon. THERESA L. FRICKE
United States Magistrate Judge