THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>DYLAN CORRAL,<br><br>               Defendant. | CASE NO. CR22-0048-JCC<br><br>ORDER |

Defendant is a pretrial detainee currently housed at the Sacramento County Jail. In accordance with 18 U.S.C. § 4241(d), the Court committed Defendant to the Attorney General's custody for purposes of competency restoration efforts, which are now complete. (Dkt. Nos. 203 at 3, 212 at 2.) A competency hearing in this matter is scheduled before the Honorable Theresa L. Fricke, U.S. Magistrate Judge, at the United States District Court in Sacramento, California. (Dkt. No. 223 at 1.)

To ensure Defendant's appearance at that hearing, the Court ORDERS the United States Marshals Service, in conjunction with Sacramento County Jail personnel, to extract Defendant from his cell at the Sacramento County Jail and transport him to the hearing. The use of reasonable force and/or medical intervention, as necessary, is authorized.

//

//

1 | DATED this 13th day of May 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE