DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-00048-JCC |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO ALLOW SEALED PROCEEDINGS TO BE TRANSCRIBED |
| DYLAN CORRAL, | |
| Defendant. | |

Dylan Corral, by and through his counsel, Danica Mazenko, hereby requests that this Court allow the sealed proceedings held before Magistrate Judge Theresa L. Fricke on June 10, 2025 to be transcribed.

Mr. Corral requires full transcripts of these proceeding in order to fully understand and appreciate the Court's analysis of Mr. Corral and the findings thereafter, as well as to draft his objections thereto.

Accordingly, the defense respectfully requests that this Court authorize the transcription of the sealed and unsealed portions of the hearing held on June 10, 2025.

Dated: June 10, 2025                           Respectfully submitted,

/s/ Danica Mazenko
DANICA MAZENKO
Attorney for Mr. Corral

- 1 –

ORDER

It is ordered that current defense counsel is authorized to obtain the transcripts for the proceedings held before Magistrate Judge Theresa L. Fricke on June 10, 2025. The estimated cost of the expedited transcripts is $0.60.

IT IS SO ORDERED.  June 13, 2025

_____
HON. THERESA L. FRICKE