DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DYLAN CORRAL,<br><br>Defendant. | Case No.: 22-CR-00048-JCC-TLF<br><br>**STIPULATION TO MODIFY OBJECTION DEADLINE; [PROPOSED] ORDER** |

    THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorneys Justin J. Gilio and Antonio Pataca, on behalf of the government, and Danica Mazenko, on behalf of defendant Dylan Corral ("Corral"), to continue the fourteen (14) day deadline to object to the Findings and Recommendations from the June 10, 2025 competency hearing. Objections are presently due June 27, 2025. ECF 238.

    By this stipulation, the government and defense counsel have agreed to the following and jointly move to continue the June 27, 2025 due date to July 27, 2025.

    1.    By previous order, Judge Fricke ordered that the parties submit objections to her Findings and Recommendations by June 27, 2025. ECF 238.

    2.    Mr. Corral indicates that he requires additional time to properly object to Judge Fricke's Findings and Recommendations. He encountered obstacles to swift drafting including: a) limited access to the law library while he was housed at the Sacramento County Main Jail because he was placed on suicide watch; b) delays in receiving copies of the transcripts and other legal

Case 2:22-cr-00048-JCC-TLF    Document 243    Filed 06/26/25    Page 2 of 3

documents which were not included in his transport from Devens to the Sacramento County Main Jail; and, c) delays caused by the June 18, 2025 transition to his new housing facility, FCI Mendota.[1] This stipulation has allowed for Mr. Corral to have thirty (30) additional days to conduct research and draft his objections.

3. Counsel for the defendant believes that failure to grant the above-requested continuance would deny Mr. Corral the reasonable time necessary for effective preparation. *See* Title 18 U.S.C. § 3161(h)(7).

4. Notwithstanding other bases for time exclusion, the parties agree that time is excludable through the district court's order on competency under Title 18 U.S.C. § 3161(h)(1)(A) because the delay is resulting from a "proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant."

IT IS SO STIPULATED.

Dated: June 25, 2025                    Respectfully submitted,

                                        */s/Danica Mazenko*
                                        DANICA MAZENKO
                                        Attorney for Dylan Corral


Dated: June 25, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney

                                        */s/ Justin Gilio*
                                        JUSTIN J. GILIO
                                        ANTONIO PATACA
                                        Assistant United States Attorney
                                        Attorneys for the United States

---

[1] Counsel for Mr. Corral was notified on June 18, 2025 that Mr. Corral was moved to FCI Mendota. On June 25, 2025, Counsel for Mr. Corral was informed that Mr. Corral was not permitted to retain copies of his previous drafted documents, transcripts, nor the pleading paper and other resources counsel provided to Mr. Corral prior to his transfer. As such, counsel will resend each of the items to FCI Mendota. It is estimated that mail will arrive within 3 to 4 days.

- 2 –

[~~PROPOSED~~] ORDER

IT IS ORDERED that the deadline for the parties to object to the Findings and Recommendations from the June 10, 2025, Hearing on Defendant's Competency is continued from June 27, 2025 to July 27, 2025. For the reasons explained in the parties' stipulation, until the Court rules on the defendant's competency, the Court continues to find that Speedy Trial time is excludable under 18 U.S.C.§ 3161(h)(7)(A), B(iv) and 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

Dated: June 26, 2025

HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE