THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0048-JCC |
| Plaintiff, | ORDER |
| v. | |
| DYLAN CORRAL, | |
| Defendant. | |

On July 31, 2025, the Court found Defendant unable to assist in his defense. (Dkt. No. 246 at 1–2.) It also found a substantial probability that, with another 180 days of psychological treatment, Defendant would attain the capacity to do so. (*See* Dkt. No. 246 at 3–4.) Thus, the Court committed Defendant to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(2) for further restoration treatment in this matter. (*Id.*)

Pursuant to 18 U.S.C. § 4241(b), the Bureau of Prisons assigned forensic psychologist Diana Hamilton, Psy.D., to assess Defendant and draft a report regarding the same. (*See* Dkt. No. 247.) The Court understands that, following Defendant's transfer to FMC Devens, his treatment began September 24, 2025. (*Id.*) Thus, the intended treatment period was set to end March 23, 2026. Due to circumstances beyond the Bureau of Prisons' control, namely the six-week federal shutdown resulting in Dr. Hamilton's furlough, the Court understands Dr. Hamilton requires additional time to complete her report. (*See* Dkt. Nos. 248, 249.) In the meantime, the Court

ORDER
CR22-0048-JCC
PAGE - 1

scheduled a status conference for March 31, 2026. (Dkt. No. 249.)

Given these facts, the Court FINDS good cause to extend the 18 U.S.C. § 4241(d)(2) treatment and assessment period through the status conference in this matter, presently set for March 31, 2026. (Dkt. No. 249.) Following that conference, the Court will assess whether additional time is needed, and whether and when a competency hearing in accordance with 18 U.S.C. § 4241(c) may proceed.

In the meantime, the Court finds that, pursuant to 18 U.S.C. § 3161(h)(1)(A) and (h)(4), the period of delay resulting from the commitment period and other proceedings related to Defendant's mental competency, including any time leading up to and including a hearing concerning Defendant's competency following his examination, shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et al.*, with the exception of any excessive transportation delays between the order of commitment and transfer to a suitable medical facility as determined by this Court.

DATED this 19th day of March 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0048-JCC
PAGE - 2