THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DYLAN CORRAL,

Defendant.

CASE NO. CR22-0048-JCC

ORDER

On July 31, 2025, the Court found Defendant unable to assist in his defense but a substantial probability that with additional psychological treatment he would attain the capacity to do so. (*See* Dkt. No. 246 at 1–4.) The Court then committed Defendant to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(2) for further restoration treatment. (*Id.*) That treatment period has now ended.

The Honorable Theresa L. Fricke, United States Magistrate Judge, recently held a status conference in this matter. Based on that conference, the parties anticipate that Judge Fricke will preside over a competency hearing in this matter, with a resulting Report and Recommendation to this Court, as soon as practicable. Accordingly, the Court extends the 18 U.S.C. § 4241(d)(2) treatment and assessment period through the date of this hearing. Further, in accordance with 18 U.S.C. § 3161(h)(1)(A) and (h)(4), the period of delay resulting from this proceeding shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et al.*

ORDER
CR22-0048-JCC
PAGE - 1

DATED this 31st day of March 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0048-JCC
PAGE - 2