IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00048-JCC-TLF |
| Plaintiff, | |
| v. | ORDER RE: SCHEDULE FOR HEARING ON GOVERNMENT'S MOTION (DKT. 256), RE-SET TO MAY 12, 2026 |
| DYLAN CORRAL, | |
| Defendants. | |

The Court set competency hearing for Mr. Corral to be held May 12, 2026, at the United States District Court in Sacramento, California (Dkt. 259). The Court and counsel have been informed by email that Dr. Hamilton is not available on April 28, 2026, for a hearing on the Government's motion to extend order for involuntary administration of medication or alternatively for a *Sell* hearing (Dkt. 256).

The Court has issued a briefing schedule (Dkt. 258) on the Government's motion. The briefing schedule will remain in effect. But the Court hereby orders that the hearing on the Government's motion (Dkt. 256) will be scheduled for the same date as the competency hearing – May 12, 2026. The portion of the Court's previous order scheduling the hearing on April 28, is vacated.

The parties are directed to meet and confer, and submit – by close of business on Monday, April 27, 2026 –proposed order(s) along with their subpoenas for documents not already produced, relevant to the issues raised in the Government's motion (Dkt. 256), and subpoenas for any other witnesses (in addition to Dr. Hamilton)

ORDER RE: SCHEDULE FOR HEARING ON
GOVERNMENT'S MOTION (DKT. 256), RE-SET TO
MAY 12, 2026 - 1

relevant to the issues raised in that motion, that they intend to have testify. Any new documents acquired that are relevant to the issues raised in the Government's motion (Dkt. 256), must be disclosed to opposing counsel and provided to the Court no later than close of business on Wednesday, May 6, 2026.

Dr. Hamilton will be an in-person witness for the hearing on May 12, 2026 concerning the Government's motion (Dkt. 256). If Dr. Hamilton intends to file any additional report relating to the issues raised in the Government's motion (Dkt. 256), she may do so on or before close of business on Wednesday, May 6, 2026.

The undersigned will issue Findings and Recommendation to District Judge Coughenour after the hearings on competency, and on the Government's motion (Dkt. 256). If the parties' briefing on the Government's motion to extend order for involuntary administration of medication or alternatively for a *Sell* hearing (to be filed under the scheduling order of Dkt. 258) creates a need for clarification the Court may issue additional orders.

Dated this 9th day of April, 2026.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER RE: SCHEDULE FOR HEARING ON
GOVERNMENT'S MOTION (DKT. 256), RE-SET TO
MAY 12, 2026 - 2