IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DYLAN CORRAL,<br><br>            Defendants. | Case No. 2:22-cr-00048-JCC-TLF<br><br>ORDER RE: HEARING ON JUNE 12, 2026 |

The Court set competency hearing, and a hearing on the U.S. Government's Motion (Dkt. 256) for involuntary administration of medication or for a Sell hearing. The hearing was originally set to be held May 12, 2026, at the United States District Court in Sacramento, California (Dkt. 259). The Court and counsel have been informed by email that the United States Marshals required more time to transport Mr. Corral. Therefore, the Court entered a minute order striking the May 12 hearing, and telling the parties that the Court would reschedule for a date in June 2026. Dkt. 264.

The Court ORDERS the competency hearing, and hearing on the Government's motion (Dkt. 256) will be heard on Friday, June 12, 2026, at the United States District Court for the Eastern District of California, in Sacramento, California, at 10:00 am, in Courtroom 1, before Magistrate Judge Theresa L. Fricke.

The parties are directed to meet and confer, and submit – by 4:00 pm on Tuesday, May 19, 2026 – proposed order(s) along with their subpoenas for documents not already produced, relevant to the issues raised in the Government's motion (Dkt.

ORDER RE: HEARING ON JUNE 12, 2026 - 1

256), and subpoenas for any other witnesses (in addition to Dr. Hamilton) relevant to the issues raised in that motion, that they intend to have testify. Any new documents acquired that are relevant to the issues raised in the Government's motion (Dkt. 256), and issues raised in the defendant's response (Dkt. 263) must be disclosed to opposing counsel and provided to the Court no later than 4:00 pm Pacific Time on Friday, June 5, 2026.

Dr. Hamilton will be an in-person witness for the hearing on June 12, 2026, concerning the Government's motion (Dkt. 256). If Dr. Hamilton intends to file any additional report relating to the issues raised in the Government's motion (Dkt. 256), she may do so on or before 4:00 pm Pacific Time on Friday, June 5, 2026.

The Court will issue Findings and Recommendation to District Judge Coughenour after the hearings on competency, and on the Government's motion (Dkt. 256).

Dated this 4th day of May, 2026.

Theresa L. Fricke
United States Magistrate Judge

ORDER RE: HEARING ON JUNE 12, 2026 - 2