ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00048-JCC-TLF |
| Plaintiff, | ORDER |
| v. | Hearing Date: June 30, 2026 |
| DYLAN CORRAL, | Hearing Time: 10:30 a.m. |
| | Hon. THERESA L. FRICKE |
| Defendants. | |

**ORDER**

IT IS HEREBY ORDERED that Dr. Diana Hamilton and Special Agent Nathaniel Adler shall appear in person to testify at the evidentiary hearing in this case on June 30, 2026.  The government is directed to provide the attached subpoenas to Dr. Hamilton and Special Agent Adler for their appearances at the hearing.

IT IS SO ORDERED.

Dated:    5-22-2026

_Theresa L. Fricke_
Hon. THERESA L. FRICKE
United States Magistrate Judge

1