ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

                v.

DYLAN CORRAL,

                              Defendant.

Case No.  2:22-cr-00048-JCC-TLF

ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

 Court: Hon. Theresa L. Fricke

Pursuant to Eastern District of California Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Letter from Warden F.J. Bowers dated March 31, 2026, a Certificate of Competency dated the same date, and a Forensic Psychological Report of Dr. Diana Hamilton (Exhibit 1) and a Letter from Warden F.J. Bowers dated May 11, 2026, a Certificate of Dangerousness (Exhibit 5) related to the Hearing to Determine Defendant's Competency Pursuant to 18 U.S.C. § 4241, as well as the Government's Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed document shall be limited to the Court, the United States, and counsel for the defendant, Dylan Corral.  The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's request, sealing the report

[ORDER SEALING DOCUMENT AS SET FORTH IN
GOVERNMENT'S NOTICE

1

serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: June 26, 2026

_Theresa L. Fricke_
Theresa L. Fricke
United States Magistrate Judge

[ORDER SEALING DOCUMENT AS SET FORTH IN
GOVERNMENT'S NOTICE

2