# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-00048-JCC |
| Plaintiff, | |
| vs. | ORDER TO ALLOW SEALED PROCEEDINGS TO BE TRANSCRIBED |
| DYLAN CORRAL, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that defense counsel is authorized to obtain the transcripts for the proceedings held before Magistrate Judge Theresa L. Fricke on June 30, 2026.

**SO ORDERED.**

Dated: July 8th, 2026

_Theresa L. Fricke_

HON. THERESA L. FRICKE

- 1 –