DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Dylan Corral

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DYLAN CORRAL,<br><br>Defendant. | Case No.: 22-CR-00048-JCC-TLF<br><br>**STIPULATION TO MODIFY OBJECTION DEADLINE; [~~PROPOSED~~] ORDER** |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorneys Justin J. Gilio and Antonio Pataca, on behalf of the government, and Danica Mazenko, on behalf of defendant Dylan Corral ("Corral"), to continue the fourteen (14) day deadline for the defendant to object to the Findings and Recommendations from the June 30, 2026 competency hearing. Objections are presently due July 23, 2026. ECF 304. The government filed objections on July 20, 2026.

By this stipulation, defense counsel seeks to move to continue the July 23, 2026 due date to August 6, 2026. The government has no objection.

1. By previous order, Judge Fricke ordered that the parties submit objections to her Findings and Recommendations by July 23, 2026. ECF 304.

2. Mr. Corral is housed at California City ICE Detention Center in Boron, California. Despite diligent efforts on the part of the defense team, including the defense investigator

personally travelling to the facility in Boron, California, the defense requests additional time to coordinate, finalize, and file Defendant's objections to the Findings and Recommendations.

3. Counsel for the defendant believes that failure to grant the above-requested continuance would deny Mr. Corral the reasonable time necessary for effective preparation.

IT IS SO STIPULATED.

Dated: July 23, 2026

Respectfully submitted,

*/s/Danica Mazenko*
DANICA MAZENKO
Attorney for Dylan Corral

Dated: July 23, 2026

ERIC GRANT
Acting United States Attorney

*/s/ Justin Gilio*
JUSTIN J. GILIO
ANTONIO PATACA
Assistant United States Attorney
Attorneys for the United States

**[~~PROPOSED~~] ORDER**

IT IS ORDERED that the deadline for the parties to object to the Findings and Recommendations from the June 30, 2026, Hearing on Defendant's Competency is continued from July 23, 2026 to August 6, 2026.

IT IS SO ORDERED.

Dated: July 24, 2026

HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE